AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

LUIS EDGARDO HERRERA-RAMOS AKA CALIXTO URRUTIA RIVAS

*Defendant(s)*

Case No. 8:25MJ185

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 21, 2025 in the county of Lancaster in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of a Previously Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Justin Temperly
*Complainant's signature*

SA Justin Temperly, ICE HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/21/2025

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS EDGARDO HERRERA-RAMOS,<br><br>Defendant. | 8:25MJ185 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF LUIS EDGARDO HERRERA-RAMOS,**

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security Immigration and Customs Enforcement Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators and SYS-KOOL LLC personnel.

## PROBABLE CAUSE

3. On February 10, 2025, HSI Omaha Auditor Terri Schweiger received all Employment Eligibility Verification forms, also known as Forms I-9, along with supporting documents on all current employees working at SYS-KOOL LLC in the state of Nebraska. Immigration and Nationality Act section 274A(b) refers to the Employment

Verification System and requires an employer to verify that an individual seeking employment is not an unauthorized alien by examining certain identification documents provided by the individual seeking employment. The documents provided by the individual seeking employment are recorded on the Form I-9.

4. Auditor Schweiger received and reviewed the Forms I-9 from SYS-KOOL LLC. Several of the Forms I-9 were discovered to be suspect. This determination was made due to Social Security Numbers returning associated to another individual, an individual who resided in another state, or not belonging to anyone.

5. One such Form I-9 was completed in the name of an individual with the name Alias 1 and signed and dated on April 21, 2023. On the Form I-9, JOHN DOE, using Alias 1, attested that he was a citizen of the United States by checking the appropriate box on the form. JOHN DOE, using Alias 1, presented to SYS-KOOL LLC a Social Security card bearing a name with Alias 1 and the Social Security number xxx-xx-5941 and a State of California Department of Motor Vehicles Identification Card bearing the name of Alias 1 and associated number #I*****20.

6. On February 19, 2025, your Affiant completed and served an Administrative Subpoena to SYS-KOOL LLC requesting additional documents, including all employee photographs. Your Affiant received those documents back on February 24, 2025.

7. On February 26, 2025, your Affiant sent the employee photo of JOHN DOE to HSI Criminal Analyst Jamin Whitehead, requesting assistance with facial recognition. On February 27, 2025, your Affiant received a recognition hit back showing it associated to the same individual using the name Calixto Urrutia Rivas (DOB

05/19/1968) with associated A# 024812246.

8. On February 28, 2025, your Affiant conducted a record check via NLETS of the California Identification Card number. The record check returned showing, "NO SUCH RECORD." On February 28, 2025, your Affiant also conducted a records check via NLETS of Alias 1 through the Texas Department of Transportation.

9. Your Affiant, based on prior experience, knows it is common for individuals using false identities to use names from Texas. Additionally, the Texas Department of Transportation record returns often have Social Security Numbers with the driving return.

10. Your Affiant observed a records return for an individual with the name Alias 1 as well as a drivers' license photo. Your Affiant observed the photos did not appear to be of the same individual. Additionally, your Affiant observed a warrant for an individual using the name Alias 1. Your Affiant observed the Texas ID number ****1315, associated to Alias 1's driving record, was also on the Texas warrant. Additionally, the Texas warrant had the Social Security number XXX-XX-5941. Based on this information, your Affiant believes the individual using the name Alias 1 is stealing the identity of the Texas resident.

11. On February 28, 2025, your Affiant verified with the Social Security Administration that the Social Security number xxx-xx-5941 belonged to an individual with the name Alias 1.

12. On February 28, 2025, your Affiant sent the information he had on JOHN DOE to United States Citizenship and Immigration Services (USCIS) Immigration Officer (IO) James Nord, requesting assistance in locating any additional information. IO

Nord advised your Affiant that the JOHN DOE using the name Alias 1 is a citizen of El Salvador, based on the photo recognition hit. IO Nord also advised that the JOHN DOE using the name Alias 1 was removed under the names Calixto URRUTIA RIVAS and Luis Edgardo HERRERA-RAMOS on July 18, 1995, and April 9, 2010. Additionally, a Final Order of Removal was reinstated on March 3, 2010.

13. On March 3, 2025, your Affiant queried the aforementioned A# provided by HSI Criminal Analyst Jamin Whitehead through the U.S. Customs and Border Protection (CBP) Unified Passenger. Your Affiant noted the name associated to the A# is Luis Edgardo HERRERA-RAMOS. Additionally, your Affiant noted five additional aliases associated with that A#.

14. A check of the name Luis Edgardo HERRERA-RAMOS through ICE records showed a 2010 arrest in David City, Nebraska. A report written for this encounter revealed that on February 12, 2010, Luis Edgardo HERRERA-RAMOS was arrested under the name Alias 2. He was arrested on a state charge and booked at the Butler County, Nebraska, Jail. During that booking, Luis Edgardo HERRERA-RAMOS identified himself as a Mexican citizen under the name Calixto URRUTIA RIVAS. However, after the Mexico Consulate was contacted, the individual confessed they were actually Luis Edgardo HERRERA-RAMOS. Your Affiant contacted the Butler County Jail and requested booking photos. Those photos matched the employee photo of Alias 1. An additional record check of the alias, Alias 2, revealed a state warrant for his arrest out of Lancaster County, NE.

15. On Friday, March 21, 2025, your Affiant and other Special Agents and Immigration Officers encountered the individual using the name Alias 1 in the District of

Nebraska for administrative immigration offenses. The individual using the name Alias 1 was transported to Enforcement and Removal Operations office, 1717 Ave H, Omaha, NE, for processing. During processing, the individual using the name Alias 1's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the fingerprint impressions to fingerprint impressions maintained in the database relating to persons previously arrested by the Department of Homeland Security (DHS) or other law enforcement agencies. This comparison revealed the individual using the name Alias 1 had been encountered by Enforcement Removal Operations (ERO) on February 17, 2010, under the name Luis Edgardo HERRERA-RAMOS (DOB: July 1, 1963).

16. As a result of the positive match of fingerprints, your Affiant was able to positively identify the person who is described above as JOHN DOE, using the name Alias 1, as Luis Edgardo HERRERA-RAMOS and located a unique alien registration file (A024812246) relating to this individual.

17. The individual's alien registration file contains photographs, fingerprints, and immigration documents identifying him as a citizen or national of El Salvador, who was previously removed on July 18, 1995, and April 9, 2010, pursuant to an Immigration Judge's final order of removal.

18. A search of DHS indices failed to produce any current record showing an application had been made for the defendant to lawfully enter or be lawfully admitted into the United States.

19. It has been your Affiant's prior investigative experience that undocumented alien employees at similar businesses procure false identification

documents and falsely claim U.S. citizenship in order to obtain employment in the United States.

20. Based on these facts, your Affiant has reason to believe Luis Edgardo HERRERA-RAMOS, using the name Alias 1, presented fraudulent identification documents to satisfy the requirements of Form I-9 to obtain employment in violation of Title 18, United States Code, Section 1546(a) (fraud and misuse of visas, permits, and other documents). Further, your Affiant has reason to believe Luis Edgardo HERRERA-RAMOS falsely represented a Social Security number to be his, in violation of Title 42, United States Code, Section 408(a)(7)(B), Luis Edgardo HERRERA-RAMOS, using the name Alias 1, falsely represented themselves to be a U.S. Citizen, in violation of Title 18, United States Code, Section 911, and Luis Edgardo HERRERA-RAMOS, using the name Alias 1, was found to be in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Attorney Gener or her successor, the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8 United States Code, Section 1326(a).

I declare under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Justin Temperly

Justin Temperly
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed by telephone or other reliable electronic means this 21st day of March, 2025.

Michael D. Nelson
U.S. Magistrate Judge
United States District Court